



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Apr 1 26, 1939

Hon. Julian Montgomery
State Highway Engineer
Austin, Texas

Dear Sir:

> Opinion No. O-685
> Re: Publication by the Highway Department to its employing engineers in field a list of names of employees whose services or attitudes are unsatisfactory?

Your request for an opinion, as to whether or not the Highway Department may furnish to employing engineers in the field a list of the names of employees whose services or attitudes are unsatisfactory, has been received by this department.

In your letter of April 10th you refer to the blacklisting statutes of Texas, which are contained in Chapter 9 of Title 15 of the Penal Code. The corresponding civil statutes are contained in Chapter 12 of Title 83 of the Revised Civil Statutes. The statute which defines "blacklisting" is Article 1615 of the Penal Code and reads as follows:

> "Blacklisting prohibited. No corporation, company or individual shall blacklist or publish, or cause to be blacklisted or published, any employe, mechanic, or laborer discharged by such corporation, company, or individual, with the intent and for the purpose of preventing such employee, mechanic, or laborer discharged by such corporation,

company, or individual, from engaging
in or securing similar or other employ-
ment from any other corporation, com-
pany or individual."

You will note that this statute makes
no attempt to regulate, control or interfere
with the internal operation of any business, but
applies only where a former employer attempts to
defeat the endeavor of his former employee to se-
cure work elsewhere.

In the opinion of this department
neither Article 1616 nor any other article con-
tained in Chapter 9 of Title 18 of the Penal
Code of Texas will operate to prevent the High-
way Department from furnishing to its employing
engineers a list of the names of employees with
comments upon their services or attitudes.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ross Carlton
Assistant

RC:omb

APPROVED:

ATTORNEY GENERAL OF TEXAS